DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Carson v. Grassman<br><br>Case below:<br>182 N.C. App. 521 | No. 223P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-862) | Denied 06/27/07 |
| Diggs v. Novant Health, Inc.<br><br>Case below:<br>177 N.C. App. 290 | No. 299P06 | 1. Def's (Forsyth Memorial Hosp.) Motion for Temporary Stay (COA04-1415)<br><br><br>2. Def's (Forsyth Memorial Hosp.) Petition for Writ of Supersedeas<br><br>3. Def's (Forsyth Medical Center) PDR Under N.C.G.S. 7A-31 (COA04-1415) | 1. Allowed 10/30/06 Stay Dissolved 06/27/07<br><br>2. Denied 06/27/07<br><br>3. Denied 06/27/07 |
| Eudy v. Michelin N. Am., Inc.<br><br>Case below:<br>182 N.C. App. ——<br>(17 April 2007) | No. 285P07 | 1. Def's Motion for Temporary Stay (COA06-902)<br><br><br>2. Def's Petition for Writ of Supersedeas<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed 06/20/07 Stay Dissolved 06/27/07<br><br>2. Denied 06/27/07<br><br>3. Denied 06/27/07 |
| Foster v. Crandell<br><br>Case below:<br>181 N.C. App. 152 | No. 073P07 | Defs' Motion for Temporary Stay (COA05-1140) | Allowed 02/09/07 |
| Gailey v. Triangle Billiards & Blues Club, Inc.<br><br>Case below:<br>179 N.C. App. 848 | No. 611P06 | 1. Def's PDR Under N.C.G.S. 7A-31 (COA06-327)<br><br>2. Plt's Motion to Dismiss "Petition for Discretionary Review" | 1. Denied 06/27/07<br><br>2. Dismissed as Moot 06/27/07 |
| Hailey v. Auto-Owners Ins. Co.<br><br>Case below:<br>181 N.C. App. 677 | No. 227P07 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA06-187)<br><br>2. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 06/27/07<br><br>2. Dismissed as Moot 06/27/07 |